UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:22-cr-20326-KMM

UNITED STATES OF AMERICA,

v.

ANDRE LORQUET,

    Defendant.
_____/

## SEALED PROTECTIVE ORDER

**THIS CAUSE** is before the Court upon the United States of America's (the "United States") Motion to File Under Seal (ECF No. 14) and *Ex Parte* Application for Post-Indictment Protective Order Pursuant to 21 U.S.C. § 853(e) (the "*Ex Parte* Application") (ECF No. 15). This matter has been referred to the undersigned by the Honorable K. Michael Moore, United States District Judge, to take all necessary and proper action as required by law and/or to submit a Report and Recommendation regarding all matters and pretrial motions (ECF No. 10). Through the Motion to File Under Seal and *Ex Parte* Application, the United States seeks to restrain and enjoin certain assets subject to forfeiture in order to preserve their availability for criminal forfeiture, pursuant to 21 U.S.C. § 853(e).

Having reviewed the Motion to File Under Seal (ECF No. 14), the docket as a whole, and being otherwise duly apprised in the matter, the Court finds good cause to seal the materials identified. Accordingly, it is hereby, **ORDERED AND ADJUDGED** that the United States' Motion to File Under Seal (ECF No. 14) is **GRANTED**. The United States' Motion is permanently sealed until further order.

Having considered the *Ex Parte* Application for Post-Indictment Protective Order Pursuant

to 21 U.S.C. § 853(e) (ECF No. 15), and for good cause shown, it is hereby **FURTHER ORDERED** that:

1. The following assets are **ENJOINED AND RESTRAINED** in order to preserve their availability for criminal forfeiture:

   a. One (1) 2019 Porsche Panamera GTS, VIN# WP0AG2A77KL139387;

   b. One (1) 2022 Lamborghini Urus, VIN# ZPBUA1ZL1NLA16143; and

   c. One (1) 2022 Tesla Plaid, VIN# 5YJSA1E66NF460071.

2. The Defendant, including his agents, representatives, servants, employees, attorneys, family members, those persons in active concert or participation with the Defendant, and financial institutions or other persons or entities holding or with custody of any of the Subject Assets, is **ENJOINED AND RESTRAINED** from selling, transferring, assigning, pledging, distributing, giving away, encumbering, or otherwise participating in the dissipation, disposal (by transfer of stock or otherwise), or removal from the jurisdiction of this Court of any of the Subject Vehicles, or any assets traceable thereto, without prior approval of the Court and upon notice to the United States and an opportunity for the United States to be heard, except as provided in this Order.

3. The Defendant, including his agents, representatives, servants, employees, attorneys, family members (including spouse), those persons in active concert or participation with the Defendant, and other persons or entities holding or with custody of the following Subject Vehicles is **FURTHER DIRECTED** to transfer custody of such assets to the United States so that the Subject Assets can be monitored and maintained during the pendency of the criminal case and any related forfeiture proceedings:

   i. One (1) 2019 Porsche Panamera GTS, VIN# WP0AG2A77KL139387;

      ii.    One (1) 2022 Lamborghini Urus, VIN# ZPBUA1ZL1NLA16143; and

      iii.   One (1) 2022 Tesla Plaid, VIN# 5YJSA1E66NF460071.

4. The United States is **AUTHORIZED AND DIRECTED** to serve a copy of this Order on any individual or entity that the United States believes may be in control or possession of any of the Subject Vehicles.

5. This Order shall remain in full force and effect until further order of this Court.

**DONE AND ORDERED** in Chambers at Miami, Florida this 30th day of November, 2022.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

cc:    Honorable K. Michael Moore
       The United States' Counsel of Record