UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cr-20326-MOORE

UNITED STATES OF AMERICA

vs.

ANDRE LORQUET,

        Defendant.
_____/

CLERK'S NOTICE OF FILING

Please take notice that the attached page 7 of DE#11 and DE#12 which reflects the Defendant's correct home address, 21660 SW 131st Court, Miami, FL 33170, is hereby ordered filed and made a part of the record in this case.

Dated:  December 6, 2022

                              ANGELA NOBLE, CLERK

                              By:  s/Donna Johnson,  Deputy Clerk

| CM/ECF RESTRICTED | DEFENDANT: Andre Lorquet |
|---|---|
| | CASE NUMBER: 22-20326-cr-Moor, |
| | PAGE SEVEN DE#11 |

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 8th day of November, 2022 at Miami, Florida
Signed and acknowledged before me:      DEFENDANT: (Signature) _____
WITNESS: Dan Ecarun                      ADDRESS: 21660 SW 131st Court
ADDRESS: 150 W. Flagler St.              Miami, FL      ZIP: 33170
Miami, FL    ZIP: 33170                  TELEPHONE: 561.584.0440

### CORPORATE SURETY

Signed this ___ day of _____, 20__ at _____, Florida
SURETY: _____          AGENT: (Signature) _____
ADDRESS: _____          PRINT NAME: _____
_____ ZIP: _____          TELEPHONE: _____

### INDIVIDUAL SURETIES

Signed this ___ day of _____, 20__ at _____, Florida      Signed this ___ day of _____, 20__ at _____, Florida
SURETY: (Signature) _____                      SURETY: (Signature) _____
PRINT NAME: _____                       PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____                        RELATIONSHIP TO DEFENDANT: _____
ADDRESS: _____                       ADDRESS: _____
_____ ZIP: _____                       _____ ZIP: _____
TELEPHONE: _____                       TELEPHONE: _____

Signed this ___ day of _____, 20__ at _____, Florida      Signed this ___ day of _____, 20__ at _____, Florida
SURETY: (Signature) _____                      SURETY: (Signature) _____
PRINT NAME: _____                       PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____                        RELATIONSHIP TO DEFENDANT: _____
ADDRESS: _____                       ADDRESS: _____
_____ ZIP: _____                       _____ ZIP: _____
TELEPHONE: _____                       TELEPHONE: _____

**CM/ECF RESTRICTED**

DEFENDANT: Ardro Lorquet
CASE NUMBER: 22-20321-CR Moora
PAGE SEVEN

DE#12

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 8th day of November, 20 22 at Miami, Florida
Signed and acknowledged before me:
WITNESS: Oal S____
ADDRESS: 150 W. Flagler St
Miami FL ZIP: 33130

DEFENDANT: (Signature) An
ADDRESS: 21660 SW 131st Court
Miami, FL ZIP: 33170
TELEPHONE: 561 587 0440

### CORPORATE SURETY

Signed this _____ day of _____, 20 __ at _____, Florida
SURETY: _____
ADDRESS: _____
ZIP: _____

AGENT: (Signature) _____
PRINT NAME: _____
TELEPHONE: _____

### INDIVIDUAL SURETIES

Signed this ___ day of _____, 20 __ at _____, Florida
SURETY: (Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____
ADDRESS: _____
ZIP: _____
TELEPHONE: _____

Signed this 8 day of November, 2022 at Miami, Florida
SURETY: (Signature) _____
PRINT NAME: Marie Vivianne Lorquet Michel
RELATIONSHIP TO DEFENDANT: Mother
ADDRESS: 7849 Whispering Palms Dr #202
Boynton Beach FL ZIP: 33437
TELEPHONE: 561 541-2311

Signed this ___ day of _____, 20 __ at _____, Florida
SURETY: (Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____
ADDRESS: _____
ZIP: _____
TELEPHONE: _____

Signed this ___ day of _____, 20 __ at _____, Florida
SURETY: (Signature) _____
PRINT NAME: _____
RELATIONSHIP TO DEFENDANT: _____
ADDRESS: _____
ZIP: _____
TELEPHONE: _____