UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cr-20326-KMM

UNITED STATES OF AMERICA,

v.

ANDRE LORQUET,

Defendant.
_____

**ORDER**

THIS CAUSE came before the Court upon the Government's Motion for Preliminary Order of Forfeiture. ("Mot.") (ECF No. 51). Therein, the Government requests this Court's entry of preliminary order for a forfeiture money judgment in the amount of $329,195.00, as well as the forfeiture "of certain property in satisfaction thereof, including but not limited to: $92,000 in Bank of America account number 8981 0729 7999 in the name of The B Murray Group; one (1) 2022 Tesla Plaid, VIN# 5YJSA1E66NF460071; and approximately $100,358.73 in insurance proceeds for one (1) 2019 Porsche Panamera GTS, VIN# WP0AG2A77KL139387." *Id.* at 1. Defendant does not oppose the Government's motion. *Id.* at 7.

UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion (ECF No. 51) is GRANTED. It is further ORDERED that:

1. Pursuant to 18 U.S.C. § 982(a)(1), 21 U.S.C. § 853, and Rule 32.2 of the Federal Rules of Criminal Procedure, a forfeiture money judgment in the amount of $329,195 is hereby entered against the Defendant.

2. Pursuant to 18 U.S.C. § 982(a)(1), the following specific property is hereby forfeited and vested in the United States of America, and should be forfeited to satisfy the forfeiture money judgment:

   a. Approximately $92,000 in U.S. currency in Bank of America account number 8981 0729 7999 in the name of The B Murray Group LLC.

3. Pursuant to 21 U.S.C. § 853(p), the following substitute property is hereby forfeited and vested in the United States of America, and should be forfeited to satisfy the forfeiture money judgment:

   a. One (1) 2022 Tesla Plaid, VIN# 5YJSA1E66NF460071; and

   b. Approximately $100,358.73 in insurance proceeds from Coast National Insurance for one (1) 2019 Porsche Panamera GTS, VIN# WP0AG2A77KL139387.

4. Any duly authorized law enforcement agency may seize and take possession of the forfeited property according to law.

5. The United States shall send and publish notice of the forfeiture in accordance with Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n).

6. The United States is authorized to conduct any discovery that might be necessary to identify, locate, or dispose of forfeited property, and to resolve any third-party petition, pursuant to Rule 32.2(b)(3), (c)(1)(B) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(m).

7. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order is final as to the Defendant.

8. The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order, and pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure, shall amend

this Order, or enter other orders as necessary, to forfeit additional specific property when identified.

It is further ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture as to the property in which all interests will be addressed. Upon notice from the United States that no claims have been filed within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier, then, pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(7), this Order shall become a Final Order of Forfeiture and any duly authorized law enforcement agency shall dispose of the property in accordance with applicable law.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of February, 2023.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c:    All counsel of record