Mrs. Viviane Lorquet

160 NE 162 Street

Miami, FL 33162

March 27th 2023

Regarding: Mr. Andre Lorquet

To The Honorable Judge K. Michael Moore, United State District Judge.

I am writing to express my sincere hardship and support for my son, Andre Lorquet, who is currently facing sentencing and incarceration in federal prison for PPP Loan fraud. He has endowed with a 2-year-old son (my Grandson Kameron, his first child) and is a valuable co-caregiver for him.

Andre has always been a good person. Yes, he has made a crucial mistake of listening to the people who filed the application, who were the mastermind of this entire operation, who actually benefited over half of the money and made a poor decision based on bad advice and actions of others. He is not a danger to society, he is deeply remorseful for his actions, and committed to making amends.

Your Honor, If Andre is incarcerated, his 2 year old son's life will be devastated and can be a potential victim. I am persuaded that his future will be in jeopardy. He will lose a hands-on, and involved parent who was in the process of creating a better home environment for his son Kameron. That little boy, Kameron and his mother live in a neighborhood where killing and shooting is happening every day. And, my grandson is at a stage where headstart is crucial in his life.

Your Honor, Kamerom and I would sincerely appreciate your leniency in Andre's case. Because, Andre has severe health issues (High Blood Pressure, Diabetes, Hepatitis C, and was born with hydrocephalus – and is diagnosed with learning disabilities) which will possibly make any

incarceration a death sentence. He not only needs medication, but also the care and attention of loved ones.

Your Honor, I sincerely believe that the time that he spent in jail can be the catalyst to start making better decision in his life.

I do not believe he even has the capacity to make this serious decision (accepting a plea). Andre is excessively trusting, and easily misled. He is also a caring person who has always tried to help others. I'm sure these traits have contributed to his 'falling on the sword'. I do understand, however, his not being willing to proceed with trial for an even worse outcome.

Although I have released Andre into God's Hands, I do pray that God touches your heart and Grants you wisdom and mercy in your sentencing decision. Please help me save my son and grandson.

Thank you for your time and consideration.

Sincerely,

Viviane Lorquet
(561) 541-2311
ticotlorquet@hotmail.com

March 27, 2023

The Honorable Judge K. Michael Moore, United States District Judge

Your Honor,

My name is Sharon Cowles and I am writing this letter in the hopes that it will help you to see what kind of person Andre Lorquet truly is, despite the transgressions that led us all to this point.

I have known Andre as his girlfriend for over 17 years and in that time, I have seen many aspects of his personality. We met at work while employed at a juvenile correctional facility. I worked there as a registered nurse and he worked as a correctional officer. The kids at the facility adored him and when he asked me out, I said yes, mainly to see what the kids saw in him. I quickly found out. Basically, he's thoughtful, he actually listens, and he truly cares. I have always found Andre to be extremely kind, dependable, giving, well regarded among his friends and family, and trustworthy. Sometimes a little too trusting and a bit gullible.

Andre is well loved in every community that we have lived in as he is always lending his support and friendship to our neighbors. He has been involved in food giveaways in communities. He volunteered at the community center my son went to in Lake Worth, Florida. He was a little league football coach for 5- and 6-year-olds. I had the pleasure of watching him during practices and games and that job takes a lot of patience. Not only that but my sister was not a good parent and Andre supported me 100% when I took guardianship of my niece and nephew who both have severe chronic illnesses and whom we have raised together for the past 7 years.

Andre is a hard-worker and has worked one or more jobs at a time in which he worked overtime basically all the time while running his own business for the past 10+ years. He does have a bit of a learning impairment in which he needs help reading, spelling, and comprehending certain things. He has an entertainment business and I would try to help him understand some of the contracts he had to sign. However, with Andre's support I decided to further my education to become a Nurse Practitioner during the pandemic while working as a nurse full-time and was not able to help him in that aspect for the past couple of years. During this time, Andre put his trust in others who he thought were business savvy and as trustworthy as himself. This led Andre into the situation he is in now and the reason why I am writing you this letter.

Your Honor, my sincerest hope is that the transgression of fraud is not the only factor you look at in this case. I hope you will also consider Andre's good qualities, which include his service to the community, his work ethic, and his strong commitment to family.

I can tell you without a doubt that Andre is incredibly remorseful for what he has done. He has expressed this to me many times. It was a horrible mistake, but I believe and hope you believe Andre deserves a second chance. I hope you will be willing to consider this.

Sincerely,


Sharon Cowles, ARNP

Ellistacious Charleston
10860 Grande Blvd
West Palm Beach, FL
(561) 301-3703
Charlestonellis2@gmail.com

To Whom It May Concern:

My name is Ellistacious Charleston. Currently I work as a package delivery/ Package handler at UPS. I am currently attending school for a masters in supply chain management. Andre Lorquet is my uncle and my only father figure in my life. He has always been a loving and caring to everyone. He has always motivated me to become someone who my younger siblings will be proud of, and look up to as I do to him. He mentored me when I had my "run-in" with the law. That is why I am writing to defend his character now. Growing up I have always seen Andre put 100% in everything he does. He's a strict but fair uncle and his charisma lights up every room he walks in, you will never not know when Uncle Andre walks in.

It is unfortunate that Andre is in the situation that he is in. Andre teaches by example and since his arrest he had been ashamed because he never want any of us to be in the predicament he is in right now. I believe he has learned from this situation and will use this to teach the younger generation including his own child. I am positive that he will do everything necessary to rectify the situation and become a better member of society.

I hope that this letter can go some way in conveying to the court of Andre's character, I also hope that the court will give a chance to Andre to show that he can do right.

Sincerely,

Ellistacious Charleston

Patatricia Michel
10860 Grande Blvd
West Palm Beach, FL
(561)762-5849
Patedmichel@gmail.com

To Whom It May Concern:

My name is Patatricia Michel. Currently I work as a case coordinator for mass tort cases. I hold two bachelors in criminal justice and Forensic studies as well as a masters in global affairs with a concentration in international crime and Justice. Andre Lorquet is my uncle and has always been a loving and caring to everyone around him. That is why I am writing to defend his character. Growing up I have always seen Andre put others before himself and ensuring that his friends were alright before checking in with himself. I always knew that I could call Andre if I was ever in a situation that I needed his help or to just talk about things going on. Andre will give his last to the people that he loves and cares about.

It is unfortunate that Andre is in the situation that he is in. I believe Andre has learned from this situation and I am positive that he will do everything necessary to rectify the situation and become a better member of society.

I hope that this letter can go some way in convincing the court that Andre is a good person, and hopefully will be given a chance to show that he can do right.

Sincerely,

Patatricia Michel