<u>**EXHIBIT 8**</u>

**TRANSCRIPT OF EXHIBIT 2**

File Name:     07721506_Jan_24_2023_17_04_17_PM_5615412311.wav
Start Time:    01:35

CALLER:        How you doing?
LORQUET:       Alright. The plea I just signed. It needs to be withdrawn because it's an open plea.
CALLER:        What is an open plea?
LORQUET:       Open plea that means the judge decided how many years he's going to give me. And I asked her that in court today.
CALLER:        I thought you were doing the other one.
LORQUET:       No that's what you need to talk to her about it.  I need to withdraw it if it's open. I didn't even know I was going to court today.
CALLER:        Oh, you didn't know?
LORQUET:       No. No.
CALLER:        She told me since Friday.
LORQUET:       No. She didn't tell me anything. She came over here on a Monday or Tuesday, did not tell me when the court date was. She said she told you.
CALLER:        She told me Friday.
LORQUET:       Friday she was supposed to come over here and tell me this.
CALLER:        She text me on Friday. What you mean by open plea? That's not the same plea that we did before?
LORQUET:       No. An open plea is when the judge decides what's my sentence.
CALLER:        That's not the plea that we spoke about?
LORQUET:       Not the first no.
CALLER:        I don't understand. She says she's meeting with the prosecutor tomorrow.
LORQUET:       It's not supposed to be an open plea. It's supposed to be a closed plea.
CALLER:        I don't understand the closed and open.
LORQUET:       An open plea, that means the judge decides.
CALLER:        Of course the judge–
LORQUET:       No, it's special. A closed plea that means the prosecutor and the lawyer agreed on something.
CALLER:        That's what we talked about.
LORQUET:       No, again this an open plea.  That means the judge decides everything. The prosecutor was supposed to have it closed.
CALLER:        Ok, I'll talk to her, but I just spoke to her, and she didn't tell me that. I'll call her in the morning.
LORQUET:       Call her now please.

**TRANSCRIPT OF EXHIBIT 3**

File Name:    07721506_Jan_26_2023_10_46_26_AM_7866378784.wav
Start Time:    6:40

| | |
|---|---|
| CALLER: | I did tell [Ber]nard. Whatever's going on. He told me you took a plea for five years and you have to do three years. |
| LORQUET: | Yeah, well it's on the judges. I just found that out. It's on the judge. He can go over it or under it. The judge is what gets the actual sentence. I rather just take it to court. I rather just take it to trial if that's the case that the judge has the last call on the plea then I'll take it court. I have a better chance of winning. |
| CALLER: | If you take it to court, can you get more time if you don't win? |
| LORQUET: | Yeah. The max is 22 years. |
| CALLER: | That's too much. I mean Miami, look, I know there's no easy to say like go to jail cause you know I did five years but three years is better than 22. |
| LORQUET: | Yeah, but they won't give me the max because it's my first time ever getting in trouble. |
| CALLER: | So why you can't just take the plea so you can just be out in a year so? |
| LORQUET: | Yeah, again, but how the plea works, I just found this out, I didn't know this, the judge still decides how many years he gonna give you. |
| CALLER: | Right. |
| LORQUET: | So this man's life is in my hands. |
| CALLER: | I understand.  Is he mean? |
| LORQUET: | Yes.  He's the worst one.  They call him Max Moore. He gives the maximum to every person. He wants to give people a million years before he's retired. |
| CALLER: | Ah, nah, you need to try to get away from his ass. |
| LORQUET: | Man, well you tell it. People cry about him. |

**TRANSCRIPT OF EXHIBIT 4**

File Name:      07721506_Jan_29_2023_19_52_51_PM_5615412311.wav
Start Time:      02:40

LORQUET:      But I was telling you, the plea, the judge still decides how many years to give you.
CALLER:      It's not the judge.  The prosecutor's gonna recommend.
LORQUET:      Recommend, but again it goes by what the judge wants to give.
CALLER:      It's gonna be like 2 years.  That's what she said. I spoke to her about that.
LORQUET:      I'd rather withdraw it and I could beat the two charges on there and I'd still get two years, mom.
CALLER:      But she said it doesn't go that way. That's what she said.
LORQUET:      It still goes by the guidelines, by the First Act.  I just read the law book. I still get the First Law Act, the first time ever getting in trouble.
CALLER:      I don't know, but that's what she said, I don't know.
LORQUET:      I need her to come see me.
CALLER:      So why don't you call her?
LORQUET:      I have to call her on Monday morning.

**TRANSCRIPT OF EXHIBIT 5**

File Name:     07721506_Feb_01_2023_13_29_20_PM_5617074532.wav
Start Time:    01:40

CALLER:     Did your lawyer call you?
LORQUET:    She came to see me.
CALLER:     Ok, what did she say?
LORQUET:    She was saying about the plea deal and if I take it to trial.  What's the difference, they'll still go by the guidelines and the points.  So, at the end of the day it's still the judge's call.
CALLER:     What are you going to do?
LORQUET:    I'm still thinking I'm gonna withdraw the plea and take it to trial.  I'll make my decision by tomorrow.
CALLER:     You're gonna make your decision?
LORQUET:    By tomorrow.

**TRANSCRIPT OF EXHIBIT 6**

File Name:      07721506_Feb_11_2023_19_27_18_PM_7866378784.wav
Start Time:     03:40

CALLER:       [Ber]nard told me that you would fight your case. I don't know why [inadible]
LORQUET:    I do, I need to take it. Cause listen, somebody else went through the same thing and
               they gave him less than a year, and he took it to trial.
CALLER:       But Miami, what it can go wrong, that's too long.
LORQUET:    Baby girl, right now I signed an open plea. The judge can still make his decision.
               Even when I go to trial, he still gotta make his decision but he still gotta go by the
               guidelines. And I can beat two cases – two charges off.
CALLER:       Ok, so what's you can longest you can stay there and what's the shortest?
LORQUET:    The longest would be a two year minimum.  If I beat the charges that I need to beat,
               it's only two years that you have to do. If I beat that one the other two charges don't
               have no mandatory. I need to beat the charge that has the mandatory.
CALLER:       So, is your lawyer confident?
LORQUET:    No, she's no confident. She's believing in them. Believing the damn prosecutor.

**TRANSCRIPT OF EXHIBIT 7**

File Name:      07721506_Feb_12_2023_17_20_58_PM_5615412311.wav
Start Time:     05:19

| | |
|---|---|
| CALLER: | It's a lot of money and then you spent the money . . . . You spent all the money. I mean, they are you going to find you guilty for the other one, they are going to find you guilty for the wire fraud. |
| LORQUET: | But that's ok. |
| CALLER: | But they're telling 20 years |
| LORQUET: | No mom, but it's not mandatory. Mandatory means you have to do those years in prison. |
| CALLER: | But the other two are 20 years. |
| LORQUET: | No, but it's not mandatory. I could get house arrest [cross talk] I'm not gonna get 20 years because it has to go by the guidelines.  It's my first time ever getting in trouble. |
| CALLER: | Oh my god, you're gonna go to trial. |
| LORQUET: | Yes, but you're not listening. Listen to what I'm saying. Hear this. At the end of the day everything goes by the guidelines. The guidelines that I fall in the First Time Act. The First Time Act is they can't go by the 20 years. They have to go at the level that I'm at. |
| CALLER: | Ok, what level you at? |
| LORQUET: | In the guidelines, in the level First Time Act, I'm in the level 20. |
| CALLER: | What is this? |
| LORQUET: | Level 20. |
| CALLER: | What's level 20? |
| LORQUET: | You have to look at the book. Look up a book called Busted By The Feds. The same book that she reads is the same book you get on Amazon. There's levels. Trump put a thing called the First Time Act. If it's ever your first time getting in trouble you do the less time. He has to go by the guidelines. |
| CALLER: | So what is the less time for that? |
| LORQUET: | The same person that just got out of jail. He did one year. He just got out of jail two days ago. And he took 24 million. |
| CALLER: | He did one year? |
| LORQUET: | One year. His name is Blue Smith. He's a rapper. It was all over the radio news when he got out of jail two days ago. He just got out, mom. |
| CALLER: | Did you talk to the attorney? |
| LORQUET: | [inaudible] I'm a call her on Monday. Another person in here took it to trial and he's doing less than a year. And he has more than me. |
| CALLER: | What? |
| LORQUET: | He has more charge than me. He's doing less than a year. |
| CALLER: | You already pled guilty. |
| LORQUET: | I've been playing with [cuts out]. |