| | |
|---|---|
| **From:** | c▮▮▮_d▮▮▮ |
| **To:** | Dianne Valdez |
| **Cc:** | Bailyn, Jonathan (USAFLS) |
| **Subject:** | [EXTERNAL] Re: Victim Letter, docket 1:22CR20326-1, Lorquet |
| **Date:** | Tuesday, February 28, 2023 6:47:23 PM |

Good evening,

I do apologize for the late email, however after speaking with my attorney and analyzing my loss.  I decline moving forward with restitution, even though I took a loss, this situation has taught me a valuable lesson personally and brought forth protocols that my business lacked.  I do appreciate you reaching out to me, however this is a chapter I would like to close.

Thank you

On Wed, Feb 22, 2023 at 1:39 PM Dianne Valdez <dianne_valdez@flsp.uscourts.gov> wrote:

> Good Afternoon M▮. D▮▮▮,
>
> As per out conversation, please provide any information regarding restitution you believe is owed to you along with supporting documentation. Should you have any questions or concerns, please feel free to reach out.
>
> Regards,
>
> Dianne Valdez
>
> U.S. Probation Officer
>
> Southern District of Florida
> Office: (305) 523-5364
>
> Cell: (786) 368-4575
>
> Fax: (305) 523-5496
>
> Email: dianne_valdez@flsp.uscourts.gov
>
> "The brave man is not he who does not feel afraid, but he who conquers that fear." -Nelson Mandela