UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20326-CR-KMM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRE LORQUET

    Defendant.

_____/

## DEFENDANT'S MOTION TO WITHDRAW HIS MOTION TO WITHDRAW GUILTY PLEA

Defendant, Andre Loquet, through undersigned counsel, moves the Court to withdraw his motion to withdraw his guilty plea, which is filed ECF 55. This motion is unopposed.

On March 13, Mr. Lorquet moved to withdraw his guilty plea. ECF 55. His lawyer also moved to withdraw from representing him on the same date. ECF 56. On March 31, 2023, the Court granted his lawyer's motion to withdraw as counsel. ECF 61. On June 13, 2023, the Court appointed the undersigned to represent Mr. Lorquet.

Although Magistrate Judge Lauren Louis entered a report and recommendation to grant the motion to withdraw the guilty plea, the motion is pending before this Court. At the June 27, 2023 status conference, the Court provided Mr. Lorquet until July 28, 2023 to respond to the government's objection to Judge Louis R&R or otherwise communicate whether he will continue to pursue withdraw of his guilty plea.

After conferring with undersigned counsel, Mr. Lorquet moves the Court to withdraw his motion his guilty plea. We further request that The Court schedule Mr. Lorquet's case for sentencing. In making that request, we respectfully request that the Court schedule the hearing the week of August 21, 2023 or later, as AUSA Jonathan Bailyn will be in trial the week of August 14th and the undersigned will traveling, moving one of his daughter's into her freshmen dorm between August 12 and August 16, 2023.

WHEREFORE, the defendant, Andre Lorquet, respectfully requests that the Court enter an order withdrawing his motion to withdraw his guilty plea at ECF 55. A proposed order is attached.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on July 24, 2023, a true and correct copy of the foregoing has been furnished electronically via CMCEF to all counsel of record.

Respectfully submitted,

**BELL ROSQUETE REYES ESTEBAN, PLLC**
Henry P. Bell
Fla. Bar No. 090689
999 Ponce De Leon Blvd.
Suite 810
Coral Gables, Florida 33134
Telephone:  (305) 570-1610
Facsimile:  (305) 570-1599
Email:      hbell@bresq.com
***Counsel to Andre Lorquet***

By: ____s/Henry P. Bell_____
       Henry P. Bel