**EXHIBIT 8**

**TRANSCRIPT OF EXHIBIT 2**

File Name: 07721506_Jan_24_2023_17_04_17_PM_5615412311.wav
Start Time: 01:35

CALLER: How you doing?
LORQUET: Alright. The plea I just signed. It needs to be withdrawn because it's an open plea.
CALLER: What is an open plea?
LORQUET: Open plea that means the judge decided how many years he's going to give me. And I asked her that in court today.
CALLER: I thought you were doing the other one.
LORQUET: No that's what you need to talk to her about it. I need to withdraw it if it's open. I didn't even know I was going to court today.
CALLER: Oh, you didn't know?
LORQUET: No. No.
CALLER: She told me since Friday.
LORQUET: No. She didn't tell me anything. She came over here on a Monday or Tuesday, did not tell me when the court date was. She said she told you.
CALLER: She told me Friday.
LORQUET: Friday she was supposed to come over here and tell me this.
CALLER: She text me on Friday. What you mean by open plea? That's not the same plea that we did before?
LORQUET: No. An open plea is when the judge decides what's my sentence.
CALLER: That's not the plea that we spoke about?
LORQUET: Not the first no.
CALLER: I don't understand. She says she's meeting with the prosecutor tomorrow.
LORQUET: It's not supposed to be an open plea. It's supposed to be a closed plea.
CALLER: I don't understand the closed and open.
LORQUET: An open plea, that means the judge decides.
CALLER: Of course the judge–
LORQUET: No, it's special. A closed plea that means the prosecutor and the lawyer agreed on something.
CALLER: That's what we talked about.
LORQUET: No, again this an open plea. That means the judge decides everything. The prosecutor was supposed to have it closed.
CALLER: Ok, I'll talk to her, but I just spoke to her, and she didn't tell me that. I'll call her in the morning.
LORQUET: Call her now please.

-2-

**TRANSCRIPT OF EXHIBIT 3**

File Name: 07721506_Jan_26_2023_10_46_26_AM_7866378784.wav
Start Time: 6:40

CALLER: I did tell [Ber]nard. Whatever's going on. He told me you took a plea for five years and you have to do three years.
LORQUET: Yeah, well it's on the judges. I just found that out. It's on the judge. He can go over it or under it. The judge is what gets the actual sentence. I rather just take it to court. I rather just take it to trial if that's the case that the judge has the last call on the plea then I'll take it court. I have a better chance of winning.
CALLER: If you take it to court, can you get more time if you don't win?
LORQUET: Yeah. The max is 22 years.
CALLER: That's too much. I mean Miami, look, I know there's no easy to say like go to jail cause you know I did five years but three years is better than 22.
LORQUET: Yeah, but they won't give me the max because it's my first time ever getting in trouble.
CALLER: So why you can't just take the plea so you can just be out in a year so?
LORQUET: Yeah, again, but how the plea works, I just found this out, I didn't know this, the judge still decides how many years he gonna give you.
CALLER: Right.
LORQUET: So this man's life is in my hands.
CALLER: I understand. Is he mean?
LORQUET: Yes. He's the worst one. They call him Max Moore. He gives the maximum to every person. He wants to give people a million years before he's retired.
CALLER: Ah, nah, you need to try to get away from his ass.
LORQUET: Man, well you tell it. People cry about him.

-2-

-3-

**TRANSCRIPT OF EXHIBIT 4**

File Name:   07721506_Jan_29_2023_19_52_51_PM_5615412311.wav
Start Time:  02:40

| | |
|---|---|
| LORQUET: | But I was telling you, the plea, the judge still decides how many years to give you. |
| CALLER: | It's not the judge.  The prosecutor's gonna recommend. |
| LORQUET: | Recommend, but again it goes by what the judge wants to give. |
| CALLER: | It's gonna be like 2 years.  That's what she said. I spoke to her about that. |
| LORQUET: | I'd rather withdraw it and I could beat the two charges on there and I'd still get two years, mom. |
| CALLER: | But she said it doesn't go that way. That's what she said. |
| LORQUET: | It still goes by the guidelines, by the First Act.  I just read the law book. I still get the First Law Act, the first time ever getting in trouble. |
| CALLER: | I don't know, but that's what she said, I don't know. |
| LORQUET: | I need her to come see me. |
| CALLER: | So why don't you call her? |
| LORQUET: | I have to call her on Monday morning. |

-4-

## TRANSCRIPT OF EXHIBIT 5

File Name:      07721506_Feb_01_2023_13_29_20_PM_5617074532.wav
Start Time:     01:40

| | |
|---|---|
| CALLER: | Did your lawyer call you? |
| LORQUET: | She came to see me. |
| CALLER: | Ok, what did she say? |
| LORQUET: | She was saying about the plea deal and if I take it to trial. What's the difference, they'll still go by the guidelines and the points. So, at the end of the day it's still the judge's call. |
| CALLER: | What are you going to do? |
| LORQUET: | I'm still thinking I'm gonna withdraw the plea and take it to trial. I'll make my decision by tomorrow. |
| CALLER: | You're gonna make your decision? |
| LORQUET: | By tomorrow. |

-5-

**TRANSCRIPT OF EXHIBIT 6**

File Name:   07721506_Feb_11_2023_19_27_18_PM_7866378784.wav
Start Time:  03:40

CALLER:    [Ber]nard told me that you would fight your case. I don't know why [inadible]
LORQUET:   I do, I need to take it. Cause listen, somebody else went through the same thing and they gave him less than a year, and he took it to trial.
CALLER:    But Miami, what it can go wrong, that's too long.
LORQUET:   Baby girl, right now I signed an open plea. The judge can still make his decision. Even when I go to trial, he still gotta make his decision but he still gotta go by the guidelines. And I can beat two cases – two charges off.
CALLER:    Ok, so what's you can longest you can stay there and what's the shortest?
LORQUET:   The longest would be a two year minimum.  If I beat the charges that I need to beat, it's only two years that you have to do. If I beat that one the other two charges don't have no mandatory. I need to beat the charge that has the mandatory.
CALLER:    So, is your lawyer confident?
LORQUET:   No, she's no confident. She's believing in them. Believing the damn prosecutor.

**TRANSCRIPT OF EXHIBIT 7**

File Name:     07721506_Feb_12_2023_17_20_58_PM_5615412311.wav
Start Time:    05:19

CALLER:     It's a lot of money and then you spent the money . . . . You spent all the money. I mean, they are you going to find you guilty for the other one, they are going to find you guilty for the wire fraud.
LORQUET:    But that's ok.
CALLER:     But they're telling 20 years
LORQUET:    No mom, but it's not mandatory. Mandatory means you have to do those years in prison.
CALLER:     But the other two are 20 years.
LORQUET:    No, but it's not mandatory. I could get house arrest [cross talk] I'm not gonna get 20 years because it has to go by the guidelines.  It's my first time ever getting in trouble.
CALLER:     Oh my god, you're gonna go to trial.
LORQUET:    Yes, but you're not listening. Listen to what I'm saying. Hear this. At the end of the day everything goes by the guidelines. The guidelines that I fall in the First Time Act. The First Time Act is they can't go by the 20 years. They have to go at the level that I'm at.
CALLER:     Ok, what level you at?
LORQUET:    In the guidelines, in the level First Time Act, I'm in the level 20.
CALLER:     What is this?
LORQUET:    Level 20.
CALLER:     What's level 20?
LORQUET:    You have to look at the book. Look up a book called Busted By The Feds. The same book that she reads is the same book you get on Amazon. There's levels. Trump put a thing called the First Time Act. If it's ever your first time getting in trouble you do the less time. He has to go by the guidelines.
CALLER:     So what is the less time for that?
LORQUET:    The same person that just got out of jail. He did one year. He just got out of jail two days ago. And he took 24 million.
CALLER:     He did one year?
LORQUET:    One year. His name is Blue Smith. He's a rapper. It was all over the radio news when he got out of jail two days ago. He just got out, mom.
CALLER:     Did you talk to the attorney?
LORQUET:    [inaudible] I'm a call her on Monday. Another person in here took it to trial and he's doing less than a year. And he has more than me.
CALLER:     What?
LORQUET:    He has more charge than me. He's doing less than a year.
CALLER:     You already pled guilty.
LORQUET:    I've been playing with [cuts out].