# COMPOSITE EXHIBIT A

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

36/E00/0175/0/ 40
1000261894140
05/31/2020

ACCOUNT

STATEMENT

EVOLVE FINANCIAL SERVICES, INC

5977 NW 21ST ST
FORT LAUDERDALE FL 33313

QUESTIONS? PLEASE CALL

1-800-786-8787

KEEP YOUR SUNTRUST ACCOUNTS SAFER.

USE UNIQUE USERNAMES AND PASSWORDS FOR YOUR ONLINE BANK ACCOUNTS. IT'S BEST NOT TO RECYCLE THE SAME USERNAME AND PASSWORD ON MULTIPLE WEBSITES WHERE YOU HAVE AN ONLINE PROFILE - ESPECIALLY YOUR FINANCIAL ACCOUNTS. ALSO, TRY TO AVOID CHARACTERS FROM YOUR EMAIL, PHONE NUMBER, BIRTHDATE OR OTHER PERSONAL INFORMATION.

ACCOUNT SUMMARY

| ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|---|
| SIMPLE BUSINESS CHECKING | [redacted] | 05/01/2020 - 05/31/2020 |

| DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| BEGINNING BALANCE | $97.00 | AVERAGE BALANCE | $19,983.74 |
| DEPOSITS/CREDITS | $198,258.20 | AVERAGE COLLECTED BALANCE | $19,338.58 |
| CHECKS | $.00 | NUMBER OF DAYS IN STATEMENT PERIOD | 31 |
| WITHDRAWALS/DEBITS | $163,355.66 | | |
| ENDING BALANCE | $34,999.54 | | |

OVERDRAFT PROTECTION

| ACCOUNT NUMBER | PROTECTED BY |
|---|---|
| 1000261894140 | NOT ENROLLED |

FOR MORE INFORMATION ABOUT SUNTRUST'S OVERDRAFT SERVICES, VISIT WWW.SUNTRUST.COM/OVERDRAFT.

DEPOSITS/CREDITS

| DATE | AMOUNT | SERIAL # | DESCRIPTION |
|---|---|---|---|
| 05/28 | 20,000.00 | | DEPOSIT |
| 05/19 | 178,258.00 | | ELECTRONIC/ACH CREDIT<br>CRB BLUEVINE SBA Loan |
| 05/21 | .03 | | ELECTRONIC/ACH CREDIT<br>PAYPAL VERIFYBANK 1009024961793 |
| 05/21 | .17 | | ELECTRONIC/ACH CREDIT<br>PAYPAL VERIFYBANK 1009024961794 |

DEPOSITS/CREDITS: 4 TOTAL ITEMS DEPOSITED: 1

WITHDRAWALS/DEBITS

| DATE | AMOUNT | SERIAL # | DESCRIPTION |
|---|---|---|---|
| 05/19 | 8.00 | | OVER-THE-COUNTER WITHDRAWAL |
| 05/19 | 10,000.00 | | OVER-THE-COUNTER WITHDRAWAL |
| 05/19 | 20,000.00 | | OVER-THE-COUNTER WITHDRAWAL |
| 05/20 | 299.59 | | CHECK CARD PURCHASE TR DATE 05/19<br>BESTBUYCOM806038027210 888-BESTBUY MN |
| 05/20 | 46,500.00 | | OVER-THE-COUNTER WITHDRAWAL |
| 05/20 | 18,795.39 | | ELECTRONIC/ACH DEBIT<br>Bridgecrest DT RETAIL 13465387 |
| 05/21 | 43.80 | | CHECK CARD PURCHASE TR DATE 05/19<br>7-ELEVEN 38063 FORT LAUDERDAFL |
| 05/21 | 52.97 | | POINT OF SALE DEBIT TR DATE 05/21<br>AMAZON.COM*M78S05GC1 SEATTLE WA00000101 |

 CONTINUED ON NEXT PAGE

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

ACCOUNT

STATEMENT

WITHDRAWALS/DEBITS

| DATE | AMOUNT | SERIAL # | DESCRIPTION |
|---|---|---|---|
| 05/21 | 957.11 | | CHECK CARD PURCHASE TR DATE 05/20 BESTBUYCOM806038027210 888-BESTBUY MN |
| 05/21 | .20 | | ELECTRONIC/ACH DEBIT PAYPAL VERIFYBANK 1009024961795 |
| 05/22 | 54,412.90 | | OVER-THE-COUNTER WITHDRAWAL |
| 05/26 | 196.86 | | CHECK CARD PURCHASE TR DATE 05/22 BESTBUYCOM806075325411 888-BESTBUY MN |
| 05/26 | 1,337.49 | | CHECK CARD PURCHASE TR DATE 05/22 BESTBUYCOM806075325411 888-BESTBUY MN |
| 05/26 | 134.58 | | POINT OF SALE DEBIT TR DATE 05/23 Wal-Mart Super Center PLANTATION FL 45950004 |
| 05/26 | 602.95 | | ATM CASH WITHDRAWAL TR DATE 05/23 PUBLIX SUPER MAR MIAMI FL A110871 |
| 05/26 | 21.39 | | POINT OF SALE DEBIT TR DATE 05/26 AMAZON.COM*M792J5QP0 SEATTLE WA00000101 |
| 05/26 | 3.00 | | ATM CASH WITHDRAWAL FEE |
| 05/28 | 1,800.00 | | CHECK CARD PURCHASE TR DATE 05/28 INFINITEAUTOPROTECTION 734-396-6699 MI |
| 05/28 | 1,800.00 | | CHECK CARD PURCHASE TR DATE 05/28 INFINITEAUTOPROTECTION 734-396-6699 MI |
| 05/28 | 402.11 | | CHECK CARD PURCHASE TR DATE 05/27 COH*COACHOUTLET.COM 8003070040 FL |
| 05/28 | 28.36 | | POINT OF SALE DEBIT TR DATE 05/27 AMAZON.COM*M72UC6BN2 SEATTLE WA00000101 |
| 05/28 | 42.72 | | POINT OF SALE DEBIT TR DATE 05/27 AMAZON.COM*M77I45KN0 SEATTLE WA00000101 |
| 05/28 | 80.24 | | CHECK CARD PURCHASE TR DATE 05/27 BESTBUYCOM806075325411 888-BESTBUY MN |
| 05/29 | 5,836.00 | | ELECTRONIC/ACH DEBIT Infinity Insuran ECheck 0127023835 |

WITHDRAWALS/DEBITS: 24

BALANCE ACTIVITY HISTORY

| DATE | BALANCE | COLLECTED BALANCE | DATE | BALANCE | COLLECTED BALANCE |
|---|---|---|---|---|---|
| 05/01 | 97.00 | 97.00 | 05/22 | 27,285.24 | 27,285.24 |
| 05/19 | 148,347.00 | 148,347.00 | 05/26 | 24,988.97 | 24,988.97 |
| 05/20 | 82,752.02 | 82,752.02 | 05/28 | 40,835.54 | 20,835.54 |
| 05/21 | 81,698.14 | 81,698.14 | 05/29 | 34,999.54 | 34,999.54 |

THE ENDING DAILY BALANCES PROVIDED DO NOT REFLECT PENDING TRANSACTIONS OR HOLDS THAT MAY HAVE

BEEN OUTSTANDING WHEN YOUR TRANSACTIONS POSTED THAT DAY. IF YOUR AVAILABLE BALANCE WASN'T SUFFICIENT WHEN TRANSACTIONS POSTED, FEES MAY HAVE BEEN ASSESSED.

MEMBER FDIC

[REDACTED] 11-15-2025

**CHECKING WITHDRAWAL**

TD Bank

TD Bank, N.A.

☐ CLOSING? INITIAL HERE ______

NAME RBA Global LLC
PLEASE PRINT

DATE 6/1/20

Eighty Eight hundred
WRITE AMOUNT IN FULL ON ABOVE LINE

SIGNATURE(S)

CW-04-TD (12/16)

ACCT. # [REDACTED]

$ 8,800.00

⑆5140⑈1064⑆ 500

Account: 4373088412
Amount: 8,800.00
PostDate: 20200601
Tran_ID: 527266916
CheckNum: 0
DIN: 527266926
ReturnReasonCode:

$5000 Cher Davis
$3800 Company 14 LLC

598164005017 155636 20200601 000000004373088412
DDW_DEBIT BPEREZC 800.00
Sunny Isles 0981 94004 5981 0007 0081
598164005020 155907 MULTI-TRAN

Account: 4373088412
Amount: 8,800.00
PostDate: 20200601
Tran_ID: 527266916
CheckNum: 0
DIN: 527266926
ReturnReasonCode:



Account: 6265069404
Amount: 5,000.00
PostDate: 20200605
Tran_ID: 770862181
CheckNum: 764780927
DIN: 770863101
ReturnReasonCode:



Account: 
Amount: 5,000.00
PostDate: 20200605
Tran_ID: 770862181
CheckNum: 764780927
DIN: 770863101
ReturnReasonCode:

0992

63-4/630 FL
1061

DATE 6/30/2020

PAY TO THE ORDER OF Evolve Financial Services $ 59,425 00/00

fiftynine thousand four hundred twenty five —— 00/00 DOLLARS

Security Features Details on Back

BANK OF AMERICA

FOR payment

MP

⑈000992⑈ ⑆063000047⑆ 898111198071⑈

>063102152< 07/03/2020 0004459321

6074040 0003 00175

>063102152< 07/03/2020 0004459321
6074040 0003 00175

RBA GLOBAL LLC
20401 NW 2ND AVE STE 208
MIAMI GARDENS, FL 33169

1132
63-1482/670
933

7/1/2020 Date

Pay to the Order of Evolve Properties EPL MLO $ 63,750.00

Sixty three thousand seven hundred fifty 00/100 Dollars

Photo Safe Deposit®

TD Bank
America's Most Convenient Bank®

For payment

MP

⑆067014822⑆

Account: 4373088412
Amount: 63,750.00
PostDate: 20200707
Tran_ID: 545734346
CheckNum: 1132
DIN: 545735096
ReturnReasonCode:

>063102152< 07/07/2020 0001160392
[illegible]
6070743 0003 00042

>063102152< 07/07/2020 0001160392
6070743 0003 00042

- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]

[illegible]

- [illegible]
- [illegible]
- [illegible]

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ONLINE ABOVE

Account: 4373088412
Amount: 63,750.00
PostDate: 20200707
Tran_ID: 545734346
CheckNum: 1132
DIN: 545735096
ReturnReasonCode:

LEVERAGED INVESTMENTS, INC 06-20
8695 NW 24TH CT
FORT LAUDERDALE,FL 33322-3303

99

DATE 7/3/20

PAY TO THE ORDER OF Evenue Properties EPC INC. $ 57,784

Fifty seven thousand seven hundred and eighty four DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

⑆267084131⑆

>063102152< 07/07/2020 0001160393
6070743 0003 00042

>063102152< 07/07/2020 0001160393
6070743 0003 00042

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *